720 A.2d 763

**EAST LAMPETER TOWNSHIP, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, STATE HORSE RACING COMMISSION, Appellee.**

**Penn National Turf Club, Inc., Intervenor.**

**LANCASTER COUNTY PENNSYLVANIANS AGAINST GAMBLING EXPANSION**

v.

**COMMONWEALTH of Pennsylvania, STATE HORSE RACING COMMISSION and Penn National Turf Club, Inc., Intervenor.**

**Appeal of EAST LAMPETER TOWNSHIP.**

Supreme Court of Pennsylvania.

Argued Nov. 17, 1998.

Decided Dec. 14, 1998.

Elizabeth A. Hambrick-Stowe, Lancaster, for East Lampeter Tp.

Jorge M. Augusto, Asst. Counsel, for Dept. of Agriculture, State Horse Racing Com'n.

Bradley K. Moss, Philadelphia, for Intervenor-Penn Nat. Turf Club.

Robert S. Trigg, Lancaster, for PA Against Gambling Expansion.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Order affirmed.